■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARVEY DIXON, Appellant.—Appeal by the defendant from two judgments of the Supreme Court, Kings County (Goldstein, J.), both rendered December 21, 1988.

Ordered that the appeals are dismissed *(see, People v Seaberg,* 74 NY2d 1). Thompson, J. P., Sullivan, Harwood, Miller and O'Brien, JJ., concur.